

**WRITER'S ADDRESS:**
420 Lexington Avenue
Suite 2104
New York, NY 10170
D 212-818-0269
F 212-434-0105

**Sean H. Chung**
Email: Chung@LitchfieldCavo.com

November 9, 2022

**VIA ECF**
The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

> Application GRANTED. The initial pretrial conference currently scheduled for November 16, 2022, is hereby ADJOURNED to **January 25, 2023**, at **9:00 a.m.**
>
> The Clerk of Court is directed to terminate ECF No. 20.
>
> SO ORDERED.
>
> November 10, 2022

Re: Dedra De La Rosa v. 128 Wooster, LLC and Issey Miyake U.S.A. Corp.;
Docket No.: 22-cv-06624

Dear Judge Furman:

We represent Defendant Issey Miyake USA Corp., in this ADA public accommodation claim brought by the plaintiff. We write on consent of all parties to adjourn the Initial Conference from the original date of November 16, 2022 to January 19, 2023, which is two weeks after the scheduled mediation date. The reason for this request is due to the court mandated mediation that is currently scheduled for January 5, 2023. Both the Plaintiff and Defendant 128 Wooster LLC have consented with the understanding that parties will meet-and-confer to respond to discovery requests prior to the mediation, outside of any Scheduling Order. Defendant 128 Wooster LLC has consented but has objected to providing any documents on the basis that they do not have any responsive documents to provide. While Issey Miyake USA Corp. and Plaintiff engaged in preliminary discussions during the recent court mediation on November 7, 2022, Defendant 128 Wooster LLC was unable to participate on that date, and we would like an opportunity for parties to engage in the mediation on January 19, 2023, before committing to a Case Management Plan and Scheduling Order.

This is Defendant's first application for an adjournment of the conference.

Thank you for Your Honor's consideration.

Respectfully yours,

Hyun-Baek (Sean) Chung (HC 1063)

cc: Counsel of record (via ECF)

Atlanta | Boston area | Chicago | Dallas-Fort Worth | Fort Lauderdale | Hartford area | Houston | Indiana
Las Vegas | Los Angeles area | Louisiana | Milwaukee | New Jersey | New York | Philadelphia | Phoenix
Pittsburgh | Providence | Salt Lake City | St. Louis | Tampa | West Virginia

www.LitchfieldCavo.com